**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WESLEY J. COLEMAN,<br><br>    Petitioner,<br><br> v.<br><br>MONA HOUSTON, Warden,<br><br>    Respondent. | Case No. CV 19-8412 DDP (SS)<br><br>**ORDER ACCEPTING FINDINGS,**<br>**CONCLUSIONS AND RECOMMENDATIONS**<br>**OF UNITED STATES MAGISTRATE JUDGE** |

  Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records and files herein, and the Magistrate Judge's Report and Recommendation. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge, as modified by the deletion of the phrase "was denied" on page five, line five so that the sentence reads in relevant part, "the state court denied the recall petition on August 10, 2015 . . . ."

\\

\\

  **IT IS ORDERED** that the Petition is DENIED and Judgment shall be entered dismissing this action with prejudice as to the Proposition 36 claim in Ground Two and without prejudice as to the Proposition 57 claim in Ground One and the cruel and unusual punishment claim in Ground Three.

  **IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and the Judgment herein on Petitioner at his address of record.

  **LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: 8-3-2021

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE