JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WESLEY J. COLEMAN,<br><br>        Petitioner,<br><br>  v.<br><br>MONA HOUSTON, Warden,<br><br>        Respondent. | Case No. CV 19-8412 DDP (SS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice as to the Proposition 36 claim in Ground Two and without prejudice as to the Proposition 57 claim in Ground One and the cruel and unusual punishment claim in Ground Three.

DATED: 8-3-2021

                                                                                     DEAN D. PREGERSON<br>
                                                                                      UNITED STATES DISTRICT JUDGE